UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID ANGEL SIFUENTES, III,

        Petitioner,        Case No. 1:24-cv-934

v.        Honorable Phillip J. Green

JOHN PRELESNIK,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to appoint counsel (ECF No. 5) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability.

Dated: October 10, 2024        /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge