UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID ANGEL SIFUENTES, III,

          Petitioner,                 Case No. 1:24-cv-934

v.                                        Honorable Phillip J. Green

JOHN PRELESNIK,

          Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITHOUT PREJUDICE** for lack of jurisdiction.

Dated: October 10, 2024                  /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge